IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIO RAMOS, ) | |
| ) | 4:06cv3052 |
| Plaintiff, ) | |
| ) | AMENDMENT TO |
| vs. ) | PRISONER PAYMENT ORDER |
| ) | and |
| UNIT CASE WORKER ROSEVTHAL, ) | ORDER ON INITIAL REVIEW |
| et al., ) | |
| ) | |
| Defendants. ) | |

　　　Mr. Jim Worster, Inmate Accounting Supervisor for the Nebraska State Penitentiary, has notified the court of an error in the Prisoner Payment Order and Order on Initial Review issued in this case on May 11, 2006 (filing no. 9). The plaintiff's filing fee is **$250**, and is not $350 as I erroneously stated in one section of filing no. 9. I appreciate Mr. Worster's assistance in this matter, and filing no. 9 is hereby amended by this Order. The Clerk of Court shall send a copy of this Order to Mr. Worster as well as to the parties.

　　　SO ORDERED.

　　　DATED this 19th day of May, 2006.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/ F. A. GOSSETT
　　　　　　　　　　　　　　　United States Magistrate Judge